IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI PAYNE, | No. C 12-04909 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff Lori Payne, who is represented by counsel, filed this Social Security appeal in September, 2012. Pursuant to the procedural order in this action (Dkt. No. 2), plaintiff was required to file a motion for summary judgment or remand by the end of February, 2013. The deadline to file a dispositive motion is long past. Plaintiff is **ORDERED TO SHOW CAUSE** why the action should not be dismissed. Plaintiff's response is due by **NOON ON APRIL 22, 2013**. If no response is received, the action will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE